IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:23-CR-00097-RJC-DCK

| | |
|---|---|
| USA, | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| MARQUISE BROWN, | ) |
| Defendant. | ) |

**THIS MATTER** is before the Court upon motion filed by the defendant on October 26, 2023, to continue the December 4, 2023, trial based on a reported emergency medical situation. (Doc. No. 28).

**IT IS, THEREFORE, ORDERED** that counsel shall file a pleading providing the specifics of the defendant's current condition. After such pleading is filed, the Court will determine the merits of the instant motion.

Signed: November 3, 2023

Robert J. Conrad, Jr.
United States District Judge