IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:23-CR-00097-RJC-DCK

| | |
|---|---|
| USA | ) |
| | ) |
| v. | ) **AMENDED ORDER**[1] |
| | ) |
| MARQUISE BROWN | ) |
| | ) |

**THIS MATTER** is before the Court upon motion of the defendant for a continuance of this matter from the December 4, 2023, trial term in the Charlotte Division, (Doc. No. 28), and a status report, (Doc. No. 30).

For the reasons stated in the motion and the report, the Court finds that the defendant has sufficient cause for a continuance in this matter and that the ends of justice served by taking such action outweigh the interests of the public and the defendant to a speedy trial as set forth in 18 U.S.C. § 3161(h)(7)(A).

**IT IS, THEREFORE, ORDERED** that the above captioned case be continued to the February 5, 2024, term of Court and any pretrial motion be filed on or before January 2, 2024.

**IT IS FURTHER ORDERED** that counsel will appear for a status conference on January 23, 2024 at 9:30 A.M., in Courtroom 4A in the Frank G. Johns Wing of the Charles R. Jonas Federal Building and United States Courthouse.

---

[1] This Amended Order corrects a typographical mistake in the original Order, (Doc. No. 31).

The Clerk is directed to certify copies of this Order to the defendant and the United States Attorney.

Signed: November 20, 2023

Robert J. Conrad, Jr.
United States District Judge